# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21CR1818-H |
| Plaintiff, | Booking No. 01575-506 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| QUENTIN WALKER (1), | |
| Defendant. | |

Upon the oral motion of the United States (Doc. No. 14), the Court grants the government's motion to dismiss without prejudice the Indictment in the above-entitled case against defendant Quentin Walker. The defendant is hereby discharged as to this case only.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: August 2, 2021

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] The Defendant entered a guilty plea on Count 1 of the Information in related case United States v. Quentin Walker, S.D. Cal. Case No. 21-cr-1461-H.

-1-